# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| SABRI YOUSEF | ) | NO. 17-03684 |
| | ) | |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |
| | ) | Honorable Lashonda A. Hunt |

### NOTICE OF MOTION

TO: Glen Stearns, Chapter 13 Trustee (via ECF)
   Codilis and Associates, P.C., representing Ocwen Loan Servicing, LLC (via ECF)
   Cervantes Chatt & Prince PC, representing River Hills Neighborhood Association (via ECF)
   The Law Office of William J Factor, Ltd, representing The Federal Savings Bank (via ECF)

PLEASE TAKE NOTICE that on September 17, 2021 at 10:15 a.m., the undersigned will appear before the Honorable Lashonda A. Hunt, or any judge sitting in that judge's place, and present the Motion to Sell Property on Shorten Notice, a copy which is attached.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

To appear by telephone, call Zoom for government at 1-666-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

Meeting ID and password. The meeting ID for this hearing is 161 165 5696 and the password is 7490911. The meeting ID and password can also be found on the judge's page on the court's website.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before the date. If a Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

### Certificate of Service

I, Jonathan R. Haddad, hereby certify that I caused a copy of this notice and attached Motion to Sell Property on Shorten Notice to be served, via U.S. mail to all Parties on the attached service list and electronically through ECF to Glenn Stearns (Chapter 13 Trustee), Codilis and Associates, P.C., Cervantes Chatt & Prince PC and The Law Office of William J Factor, LTD on September 10, 2021, before the hour of 5:00 p.m. from the office located at 1147 W. 175th Street, Homewood, IL, 60430.

BY:   **/s/ Jonathan R. Haddad**
**Jonathan R. Haddad, Esq.**
Counsel for Debtor
The Law Offices of Jonathan R. Haddad
1147 W. 175th Street
Homewood, IL 60430
Phone (708) 942-8522
ATTORNEY NO: 6319215

**Ally Bank**
PO Box 130424
Roseville MN 55113-0004

**Ally Financial**
Po Box 380901
Bloomington, MN 55438

**Boodell & Domanskis, LLC**
One North Franklin, Suite 1200
Chicago, IL 60606

**Capital One Bank (USA), N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**Chase Card**
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850

**Citibank/Sears**
Po Box 6282
Sioux Falls, SD 57117

**Compas Eq Fn**
15 W 580 Frontage
Burr Ridge, IL 60527

**Franklin Mortgage**
1381 High Street suit 107
Washington, MO 63090

**Illinois Department of Revenue**
Bankruptcy Section
P O Box 64338
Chicago IL 60664-0338

**Illinois Department of Revenue Bankruptcy Section**
PO Box 19035
Springfield, IL 62794-9035

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**Ocwen Loan Servicing LLC**
PO Box 660264
Dallas, TX 75266-0264

**OneMain Financial**
P.O. Box 3251
Evansville, IN 47731-3251

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk, VA 23541

**Synchrony Bank**
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**The Federal Savings Bank**
664 N. Western Ave
Lake Forest, IL 60045

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTTHEIRN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| SABRI YOUSEF | ) | NO. 17-03684 |
| | ) | |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |
| | ) | Honorable Lashonda A. Hunt |
| | ) | |

## MOTION TO SELL PROPERTY ON SHORTEN NOTICE
___

**NOW COMES**, Sabri Yousef ("Debtor"), by and through his attorney, Jonathan R. Haddad, and moves this Honorable Court to enter an order allowing the Debtor to Sell Property and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. On February 8, 2017, the Debtor filed a petition for relief pursuant to Chapter 13, Title 11 of the United States Code.

3. This Honorable Court confirmed the Debtor's plan on June 23, 2017.

4. The Debtors now seek to sell their property located at 2421 River Hills Lane, Bolingbrook, IL 60490.

5. The Debtors have received an offer from Jessyca Moon and Mattthew Moon to purchase the property for $522,000.00. *See attached Exhibit A*. A true and accurate copy of the purchase contract.

6. The Debtors intends to use their proceeds from the sale to pay off the lien on the property.

WHEREFORE, Debtor Sabri Yousef, respectfully requests this Honorable Court to enter an Order authorizing him to sell the property located at 2421 River Hills Lane, Bolingbrook IL 60490 and for such further additional relief that his Court may deem just and proper.

Dated: September 10, 2021                    Respectfully Submitted,

/s/ Jonathan R. Haddad
Jonathan R. Haddad, Esq. #6319215
Counsel for Debtor
Law Offices of Jonathan R. Haddad
1147 W. 175th Street
Homewood, IL 60430
Phone (708) 942-8522